UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON SHANE NEGRON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case Number: 2:13-cv-00795-SLB-JHE |
| | ) |
| CHERYL PRICE and THE | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | |

## MEMORANDUM OPINION

On February 25, 2014, the magistrate judge entered a Report and Recommendation, (doc. 11), recommending the petition for writ of habeas corpus be dismissed without prejudice. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be DISMISSED. A separate Order will be entered.

**DONE** this 5th day of May 2014.

*[signature: Sharon Lovelace Blackburn]*

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE